Vicki I. Podberesky (SBN 123220)
Andrues/Podberesky
818 W. 7th street Suite 960
LA,CA 90017

FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:23-CR-00017 DMG |
| v. | |
| Dixon Slingerland | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Vicki Podberesky_____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

February 27, 2023
*Date*

_____
*Defendant's Signature*

Los Angeles, CA
*City and State*

## APPEARANCE OF COUNSEL

I, Vicki Podberesky_____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

February 27, 2023
*Date*

_____
*Attorney's Signature*

123220
*California State Bar Number*

818 W. 7th Street Suite 960
*Street Address*

LA, CA 90017
*City, State, Zip Code*

213-395-0400
*Telephone Number*

213-395-0401
*Fax Number*

vpod@aplaw.law
*E-mail Address*

CR-14 (01/07)    DESIGNATION AND APPEARANCE OF COUNSEL