

FILED
CLERK, U.S. DISTRICT COURT

FEB 27 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>HOWARD DIXON SLINGERLAND, | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>CR 23- 00017 - DMG<br><br>**WAIVER OF INDICTMENT** |
|---|---|---|

I, _____Howard Dixon Slingerland_____, the above-named defendant, who is accused of __Conversion/ Intentional Misapplication of Funds and Subscription to a False Tax Return__, in violation of __18 USC 666(a)(1)((A) & 26 USC 7206(1)__, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

__JAN 13, 2023__
Date

__January 13 2023__
Date

__Feb. 27, 2023__
Date

_____
Defendant

_____
Counsel for Defendant

_____
Before: Judicial Officer

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

_____
Date

_____
Interpreter

CR-57 (06/14)                                WAIVER OF INDICTMENT